COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00126-CV |
| Style: | Darien Vivero Capoche |
| | **v** Philippe Camile Julien Magnier |
| Date motion filed[*]: | May 30, 2013 |
| Type of motion: | Motion to extend time to supplement brief and reporter's record |
| Party filing motion: | Appellant |
| Document to be filed: | Reporter's record and appellant's brief |

Is appeal accelerated?      No

If motion to extend time:

Original due date:

Number of previous extensions granted:                  Current Due date:

Date Requested:

Ordered that motion is:

☑      Granted

       If document is to be filed, document due:

       ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐      Other: _____

**Appellant's motion is granted. A supplemental reporter's record containing the relevant proceeding is due no later than 20 days from the date of this order. Appellant's brief will be due no later than 30 days from the date the supplemental reporter's record is filed. See Tex. R. App. P. 38.6(a). Further, because Appellant's notice of appeal states that appellant appeals from an order of the trial court signed on December 7, 2012 and no such order appears in the clerk's record, this order will serve as notice that this appeal may be dismissed unless appellant causes a supplemental clerk's record containing the order from which appellant appeals to be filed within 20 days of the date of this order.**

Judge's signature: ___/s/ Harvey Brown_____
        ☑ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: ___May 31, 2013_____

November 7, 2008 Revision